IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Roth, James G | Case Number: 05 B 05040 |
|---|---|---|
| | Dawes-Roth, Carol A | Judge: Goldgar, A. Benjamin |
| | Printed: 8/26/08 | Filed: 2/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 26, 2008
Confirmed: April 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 58,643.00 | |
| Secured: | | 4,651.50 |
| Unsecured: | | 43,780.01 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 2,674.49 |
| Other Funds: | | 4,643.00 |
| Totals: | 58,643.00 | 58,643.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Great Bank | Secured | 3,151.50 | 3,151.50 |
| 6. | Ocwen Federal Bank FSB | Secured | 1,500.00 | 1,500.00 |
| 7. | ECast Settlement Corp | Unsecured | 2,993.27 | 5,740.63 |
| 8. | Clark Retail Enterprises Inc | Unsecured | 26.20 | 50.25 |
| 9. | Great Bank | Unsecured | 537.46 | 1,030.76 |
| 10. | ECast Settlement Corp | Unsecured | 4,256.39 | 8,163.02 |
| 11. | Resurgent Capital Services | Unsecured | 2,332.15 | 4,472.71 |
| 12. | Resurgent Capital Services | Unsecured | 137.30 | 263.35 |
| 13. | Discover Financial Services | Unsecured | 2,076.56 | 3,982.51 |
| 14. | Resurgent Capital Services | Unsecured | 3,706.81 | 7,109.09 |
| 15. | Wells Fargo Financial | Unsecured | 279.38 | 535.82 |
| 16. | ECast Settlement Corp | Unsecured | 438.70 | 841.36 |
| 17. | Resurgent Capital Services | Unsecured | 259.68 | 498.05 |
| 18. | ECast Settlement Corp | Unsecured | 1,522.16 | 2,919.28 |
| 19. | Portfolio Recovery Associates | Unsecured | 410.82 | 787.91 |
| 20. | ECast Settlement Corp | Unsecured | 104.18 | 199.81 |
| 21. | ECast Settlement Corp | Unsecured | 140.24 | 268.98 |
| 22. | ECast Settlement Corp | Unsecured | 867.40 | 1,663.53 |
| 23. | Merrick Bank | Unsecured | 2,173.90 | 4,169.18 |
| 24. | ECast Settlement Corp | Unsecured | 565.10 | 1,083.77 |
| 25. | Bank Of America | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Roth, James G
Dawes-Roth, Carol A
Printed: 8/26/08

Case Number: 05 B 05040
Judge: Goldgar, A. Benjamin
Filed: 2/15/05

| | | | | |
|---|---|---|---|---|
| 26. | Bank Of America | Unsecured | | No Claim Filed |
| 27. | Bank Of America | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 32. | BP Amoco | Unsecured | | No Claim Filed |
| 33. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 34. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 35. | Home Depot | Unsecured | | No Claim Filed |
| 36. | Phillips 66 | Unsecured | | No Claim Filed |
| 37. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 38. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 39. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 40. | Phillips Petroleum Company | Unsecured | | No Claim Filed |

$ 30,373.20   $ 51,325.51

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 222.08 |
| 3% | 134.13 |
| 5.5% | 745.72 |
| 5% | 221.93 |
| 4.8% | 418.14 |
| 5.4% | 932.49 |
| | $ 2,674.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____